**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joni Ellen Payton, | No. CV-12-02352-PHX-NVW |
| Plaintiff, | **JUDGMENT PURSUANT TO MANDATE** |
| vs. | |
| Carolyn W. Colvin, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Mandate of the United States Court of Appeals for the Ninth Circuit issued February 17, 2016 (Doc. 36), the Judgment entered July 11, 2013 (Doc. 27) is vacated, and the case is remanded to the administrative law judge for calculation and award of benefits as directed by the Mandate.

Dated this 18th day of February, 2016.

_____
Neil V. Wake
United States District Judge